United States District Court
for the
Southern District of Texas

| | | |
|---|---|---|
| **Monica Abboud,** § | | **Civil Action No. 4:20-cv-3076** |
| **On behalf of herself and others** § | | |
| **similarly situated,** § | | |
|  § | | |
| Plaintiff, § | | |
|  § | | **Hon. Vanessa D. Gilmore** |
| v. § | | |
|  § | | |
| **Sunder Energy LLC,** § | | |
|  § | | |
| Defendant. § | | **Jury Trial Demanded** |

## Notice of Settlement and
## Stipulation of Dismissal with Prejudice

1. The parties jointly advise the Court that they have reached a compromise and settlement of the claims that have been or could have been asserted by the plaintiff, Monica Abboud, against the defendant, Sunder Energy LLC, in this lawsuit.

2. Accordingly, Ms. Abboud no longer desires to prosecute her claims on her behalf or on behalf of others similarly situated. To the extent Ms. Abboud has made a request for certification of a class, her request for such relief is hereby withdrawn.

3. Further, Ms. Abboud hereby notifies the Court of her intent to voluntarily dismiss this lawsuit with prejudice, without Court order, as provided by Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| Counsel for Plaintiff,<br>Monica Abboud: | Counsel for Defendant,<br>Sunder Energy LLC |
|---|---|
| |  |
| /s/Anthony I. Paronich<br>Anthony I. Paronich<br>anthony@ParonichLaw.com<br>State Bar No. 678437 (MA)<br>Paronich Law, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>(617) 318-8100 (fax)<br><br>Attorney-in-Charge<br><br>Andrew W. Heidapour<br>aheidapour@HLFirm.com<br>Heidapour Law Firm, PLLC<br>1300 Pennsylvania Ave. NW, 190-318<br>Washington, DC 20004<br>(817) 416-5060<br>(817) 416-5062<br><br>Of Counsel | Christopher A. McKinney<br>cam@obt.com<br>State Bar No. 24044544 (TX)<br>Orgain Bell & Tucker, LLP<br>2401 Fountain View Dr.<br>Suite 510<br>Houston, TX 77057<br>(713) 333-6700<br>(713) 333-6701 (fax)<br><br>Attorney-in-Charge<br><br>Thuha Nguyen<br>Texas Bar No. 24098177<br>tnguyen@obt.com<br>Orgain Bell & Tucker, LLP<br>2401 Fountain View Dr.<br>Suite 510<br>Houston, TX 77057<br>(713) 333-6700<br>(713) 333-6701 (fax)<br><br>Of Counsel |

## Certificate of Service

I hereby certify the foregoing document has been served on all counsel of record through the Court's electronic filing system.  Date: March 15, 2021.

_____
Christopher A. McKinney