United States District Court
Southern District of Texas
**ENTERED**
March 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONICA ABBOUD, § § § Plaintiff, § VS. § SUNDER ENERGY LLC, § § § Defendant. § | CIVIL ACTION NO. 4:20-CV-3076 |

### ORDER OF DISMISSAL

In accordance with the Notice of Settlement and Stipulation of Dismissal with Prejudice, this action is DISMISSED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**SIGNED** this __16th_ day of March, 2021.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**